UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: \_5/17/2021\_

SAMUEL LOPEZ,

                Plaintiff,

-against-

WOODROWS MANAGEMENT LLC. and 43 MURRAY LLC.,

                Defendants.

21 Civ. 3964 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The initial pretrial conference scheduled for July 6, 2021, is ADJOURNED to **July 7, 2021**, at **11:20 a.m.**

    SO ORDERED.

Dated: May 17, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge